UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division
www.flmb.uscourts.gov

IN RE:                                                        Chapter 11

CCI HOLDINGS GROUP, LLC,                      Case No.: 8:23-bk-02988-CPM

     Debtor.

_____/

CCI HOLDINGS GROUP, LLC,                      Adv. No.: 8:24-ap-00141-CPM

     Plaintiff,

vs.

GEL FUNDING LLC, BRIDGE
FUNDING CAP LLC, BRIDGE
FUNDING CAPITAL LLC, &
MAPCAP FUNDING LLC,

     Defendant.

_____/

## MOTION FOR DEFAULT JUDGMENT

**COMES NOW CCI HOLDINGS GROUP, LLC**, (hereinafter referred to as "**Plaintiff**" or "**Debtor**") by and through its undersigned attorney and moves this Court for entry of a default judgment against Gel Funding LLC, Bridge Funding Cap, LLC, Bridge Funding Capital LLC, and Mapcap Funding LLC (collectively, "**Defendants**").  In support thereof, the Plaintiff states as follows:

1.     Plaintiff filed this adversary proceeding against Defendants seeking avoidance of Defendants' security interest in property of the Debtor and/or bankruptcy estate.

2. Service was made by summons in accordance with Federal Rule of Bankruptcy Procedure 7004 on the Defendants by serving:

   a. GEL Funding LLC, 5308 13th Avenue, Ste. 324, Brooklyn. NY 11219;

   b. GEL Funding, LLC, c/o CT Corporation Service Company, as Representative, PO Box 2576, Springfield, IL 62708;

   c. Bridge Funding Cap, LLC, 5308 13th Avenue, Ste. 324, Brooklyn. NY 11219;

   d. Bridge Funding Cap, LLC, c/o CT Corporation Service Company, as Representative, PO Box 2576, Springfield, IL 62708;

   e. Bridge Funding Capital, LLC, 5308 13th Avenue, Ste. 324, Brooklyn. NY 11219;

   f. Bridge Funding Capital, LLC, c/o CT Corporation Service Company, as Representative, PO Box 2576, Springfield, IL 62708;

   g. Mapcap Funding LLC, 1449 37th Street, Ste. 213, Brooklyn, NY 11218; and

   h. Mapcap Funding, LLC, c/o CT Corporation Service Company, as Representative, PO Box 2576, Springfield, IL 62708.

3. No extension of time was sought by Defendants.

4. Defendants have failed to file a responsive pleading or motion to the Complaint.

5. Defaults were entered against the Defendants on October 24, 2024 [Doc. Nos. 10, 11, 12, & 13].

6. Plaintiff has filed a sworn statement of default contemporaneously with this motion supporting the allegations in the Complaint and establishing grounds for the entry of a Final Default Judgment.

7. Wherefore, Plaintiff seeks a default judgment against Defendants as a result of the failure to respond.

**RESPECTFULLY SUBMITTED** on this 21st day of November 2024.

BUDDY D. FORD, P.A.,


 /s/ Jonathan A. Semach
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com
Heather M. Reel, Esquire (FBN: 0100357)
Email: Heather@tampaesq.com
9301 West Hillsborough Avenue
Tampa, Florida 33615-3008
Telephone #: (813) 877-4669
Office Email: All@tampaesq.com
Attorney for Plaintiff


## CERTIFICATE OF SERVICE


A true and correct copy of the foregoing has been sent by regular U.S. Mail on

November 21, 2024, to:

GEL Funding LLC, 5308 13th Avenue, Ste. 324, Brooklyn. NY 11219;
GEL Funding, LLC, c/o CT Corporation Service Company, as Representative, PO Box 2576, Springfield, IL 62708;
Bridge Funding Cap, LLC, 5308 13th Avenue, Ste. 324, Brooklyn. NY 11219;
Bridge Funding Cap, LLC, c/o CT Corporation Service Company, as Representative, PO Box 2576, Springfield, IL 62708;
Bridge Funding Capital, LLC, 5308 13th Avenue, Ste. 324, Brooklyn. NY 11219;
Bridge Funding Capital, LLC, c/o CT Corporation Service Company, as Representative, PO Box 2576, Springfield, IL 62708;
Mapcap Funding LLC, 1449 37th Street, Ste. 213, Brooklyn, NY 11218; and
Mapcap Funding, LLC, c/o CT Corporation Service Company, as Representative, PO Box 2576, Springfield, IL 62708.

 /s/ Jonathan A. Semach
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com